## SMITH *v.* UNITED STATES.

No. 33, Misc.   Decided October 12, 1959.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case remanded to the Court of Appeals for reconsideration in light of *Johnson* v. *United States*, 352 U. S. 565; *Farley* v. *United States*, 354 U. S. 521; and *Ellis* v. *United States*, 356 U. S. 674.

## SPIVAK *v.* CALIFORNIA.

No. 59, Misc.   Decided October 12, 1959.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.